**Dismissed and Opinion Filed April 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01374-CV

**EDDIE LOVE AND ALL OTHER OCCUPANTS, Appellant**
**V.**
**THE HOUSING AUTHORITY OF THE CITY OF DALLAS, TEXAS–-BARBARA JORDAN SQUARE, Appellee**

On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-18-02834-C

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Carlyle

Appellant's brief in this case is overdue. By postcard dated January 30, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. Thereafter, the Court granted appellant's extension motion and extended the time to file appellant's brief until February 26, 2019. By postcard dated March 1, 2019, we again notified appellant the time for filing his brief had expired and cautioned appellant failure to file his brief and an extension motion within ten days might result in the dismissal of the appeal. To date, appellant has not filed his brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE


181374F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EDDIE LOVE AND ALL OTHER
OCCUPANTS, Appellant

No. 05-18-01374-CV     V.

THE HOUSING AUTHORITY OF THE
CITY OF DALLAS, TEXAS– BARBARA
JORDAN SQUARE, Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-18-02834-C.
Opinion delivered by Justice Carlyle.
Justices Myers and Molberg participating.

    In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 9th day of April, 2019.